**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 11, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00071-CV

## SHAVE HQ, LLC, ARTIC PEACOCK, LLC AND IDOWU NTOKA, Appellants

## V.

## LJ PARKWAY, LLC, Appellee

**On Appeal from the 458th District Court
Fort Bend County, Texas
Trial Court Cause No. 20-DCV-271585**

### MEMORANDUM OPINION

This is an appeal from a judgment signed January 7, 2022. On September 30, 2022, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.